# BALTIMORE CITY COURT

Filed November 22, 1895.

JOSEPH MULLEN

VS.

EDWARD F. SANBORN.

*Messrs. Henry C. Kennard* and *Rufus W. Applegarth* for plaintiff.

*Messrs. Bernard Carter* and *John Hinkley* for defendant.

PHELPS, J.—

The Court is of the opinion:

1. That the petition for removal was filed in time.

2. This not being a case where "special bail" is required, the law does not require the bond to be conditional for the party's "appearing and entering special bail."

3. The party has the right at this stage to remove, and the question of *res adjudicata* (as to the validity of process), as well as all other issues involved, must necessarily be left to the jurisdiction invoked.